Plaintiff, Malcolm Johnson

21-Cv.-899-DWD

VS

Defendant, Missouri State High School Actives Association and City of Chesterfield.

Complaint

Case Against Defendant, Missouri State High School Actives Association, Kirkwood and Town Country

Jurisdiction

City of St. Louis State of Missouri

Allegation

18 U.S. Code § 1113 - Attempt to commit murder or manslaughter.

18 U.S. Code § 1117 - Conspiracy to murder

18 U.S. Code CHAPTER 113C—TORTURE

18 U.S. Code Negligence | Wex | US Law | LII / Legal Information Institute

18 U.S. Code Malpractice | Wex | US Law | LII / Legal Information Institute

Statement of Claims

I am suing the Missouri State High School Activities Association because a group of white males that went Christian Brothers College High School and St. John Vianney High School attempted a murder on me and my immediate family. These men have stalked me after I did not know them anymore. They have tried to set up a shooting on me with Bruce Edmund who is a St. Louis police detective who is very corrupt (I have pictures of this man on drugs with his gun) and planned a theft of property and rape or something only sick white males would do. They were not welcome around me at all so they followed on a campus down in Texas and said I was going to be put on trial which I was not. I sued the City of St. Louis for any thought of this action and the state of Texas but these men's racism. I met these men through Kevin Lee at a school called Loyola Academy. I met Keven Walsh in October of 2002 at a football game which included Vianney and Chaminade. I moved to Kirkwood did not want to deal with the low life drug dealer community that was at Vianney and transferred to CBCHS. CBCHS offered me a guaranteed  state championship, cash under the table, free tuition, and a white family. These men were not in my community any longer after I left the state of Missouri and once I went to college the South City and County people planned a murder. This was a fail I was stalked by Brad Luberda, Alex McCarthy, Mike Meagher, Joe Lowenstein, Danny Lizensky, Michael Cocking, Tom Swoboda who clearly planned to murder me at PricewaterhouseCooppers with Taylor Farber and Stephanie Farber. Danny Ashenbrener was planning a murder with his brother Jeffery Ashenbrener after being the laughingstock of everything his whole life. As of now Butch Demovitz needs to resign, because him and Ed Condon have pretended like I was their slave or their black son. In the event these men are insane, racist or just try kill someone, I will need to sue the state of Missouri and every state in this country. These men have done what rapist do and very sick white male. They keep saying I know Kevin Smith and Gerard Russel, from Vianney Lacrosse but this is a sport I did not play at Vianney. I want to know why men from these school still talk about me and stalk my family and jobs. Any crime they pretend like I committed I sued the city and the

county for but in the event they are trying to commit a murder then all sports need to stop immediately at CBCHS and Vianney High School. They were going to say I became incarcerated, schizophrenic and jobless, I was never talked to by cops, I sued them, I have filled lawsuits against doctors and gone through the military and been approved a sane person and I have been admitted to Harvard Business School, Yale University. They said at CBCHS and Vianney I was going to end up dead or in jail as a man who developed a mental illness and became destitute easily killed by white supremacist such as August Schafly, Matt Locket, Drew Russel, and Mike Meagher.

Demand for Relief

Wherefore, plaintiff demands judgement against defendant sum of $250Million Dollars.

Jury Demand

Plaintiff demands judge proceedings.

Dated 7/13/2021.

Signature

Malcolm Johnson



Torture

Hostage

Help !,!,!,

SIUE

Help !!!

Help !,!,!,

**Malcom Johnson**
**6131 Alaska Avenue**
**St. Louis, MO  63101**

Case => Southern Illinois University major fraud against the United State !!!!



DUPONT

PRESS FIRMLY TO SEAL



UNITED STATES POSTAL SERVICE ®

omestic use.
o $50 of insurance (restrictions apply).*
and many international destinations.

declaration form is required.

Is regarding claims exclusions see the Domestic

com for availability and limitations of coverage.

OPE
IONAL USE



MAILING ENVELO
FOR DOMESTIC AND INTERNAT

To schedule free Package Pickup,
scan the QR code.

PF

UNI POS